# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Heather Conrad

                    Plaintiff,

v.                                                  Case No.: 1:18–cv–01583
                                                   Honorable Marvin E. Aspen

Orland School District 135

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, July 18, 2018:

      MINUTE entry before the Honorable Marvin E. Aspen: Status hearing of 7/19/2018 is reset for 8/30/2018 at 10:30 AM. Parties will exchange Rule 26(a)(1) disclosures by 8/2/2018. Fact discovery will close on 6/28/2019. These are final dates.Mailed notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.